U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 1[...]

**MEMO ENDORSED**

Application granted. Conference now scheduled for
_2-14-08_ at _____.

Time is excluded under the Speedy Trial Act through
_2-14-08_.

SO ORDERED. _Charles L. Brieant_ U.S.D.J.
Dated: _2-7-08_

BY HAND

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re:    **United States v. David Quiles, 07 Cr. 580 (CLB)**

Dear Judge Brieant:

The Government writes to confirm that the status conference scheduled for the above defendant has been adjourned to February 14, 2008 at 9:00 a.m. The Government respectfully requests that the Court exclude time in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), through February 14, 2008. Counsel for the defendant has advised me that the defendant consents to this exclusion of time.

Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _Richard Tarlowe_
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc: Susanne Brody, Esq.