

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

February 19, 2008

2/20/08

Matter adj to 2/29/08 at 1:00 p.m. Time excluded through 2/29, in the interest of justice

**BY HAND**

Honorable Colleen McMahon
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  **United States v. David Quiles**
     **07 Cr. 580 (CM)**

Dear Judge McMahon:

  The Government respectfully submits this letter to confirm that the conference in the above-referenced matter scheduled for February 14, 2008 has been adjourned to February 29, 2008. The Government respectfully requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), from today, February 19, 2008, through February 29, 2008, in the interests of justice.

  Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: R_ C. T___ // NM
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

cc:  Susanne Brody, Esq. (By Hand)