UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                 :

DAVID QUILES,                     :

       Defendant.              :

                               :
- - - - - - - - - - - - - - - - x

SUPERSEDING INFORMATION

S3 07 Cr. 580 (CLB) CM

ORIGINAL

## COUNT ONE

The United States Attorney charges:

1. From at least in or about December 2006 through on or about May 10, 2007, in the Southern District of New York and elsewhere, DAVID QUILES, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate and agree together and with each other to violate the controlled substances laws of the United States.

2. It was a part and object of the conspiracy that DAVID QUILES, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

### Overt Acts

3. In furtherance of the conspiracy and to effect the illegal objects thereof, DAVID QUILES, the defendant, and a co-