AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

UNITED STATES OF AMERICA
V.
David Quiles

**WAIVER OF INDICTMENT**

CASE NUMBER:  S3 07CR580

MAR - 5 2008

I, _____David Quiles_____, the above named defendant, who is accused of

21 USC 812 + 841

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____3/5/08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
                    *Date*

_David Quiles_
*Defendant*

_Josanne Brock_
*Counsel for Defendant*

Before _Lisa Margaret_
        *Judicial Officer*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: