AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: ~~07-Mag-0800~~ 07 CR 580 (cm)



To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

UNITED STATES v. DAVID QUILES

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/22/08 | *[signature]* |
| Date | Signature |
| | Sarah R. Krissoff |
| | Print Name / Bar Number |
| | 300 QUARROPAS STREET |
| | Address |
| | White Plains / NY / 10601 |
| | City / State / Zip Code |
| | (914) 993-1928 / (914) 993-9036 |
| | Phone Number / Fax Number |